# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2026 KW 0292

**JUNE 15, 2026**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          12-17-0511.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              **EW**
                              **CHH**
                              **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT